UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

　　　　　　　　　　　　　　　　Index No. 08 CIV0576 (CLB)

　　　　　　　　　　Plaintiffs,　　**VOLUNTARY NOTICE**
　　　　　　　　　　　　　　　　**OF DISMISSAL** & ORDER
　　　　-and-

TRANSIT CONSTRUCTION CORP.,

　　　　　　　　　　Defendant.
------------------------------------------------------------x

　　　　PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action with prejudice

Dated: March 5, 2008
　　　　Elmsford, New York

　　　　　　　　　　　　　　　BARNES, IACCARINO, VIRGINIA,
　　　　　　　　　　　　　　　AMBINDER & SHEPHERD, PLLC


　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Karin Arrospide, Esq. (KA9319)
　　　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　　　258 Saw Mill River Road
　　　　　　　　　　　　　　　Elmsford, New York 10523
SO ORDERED: March 7th, 2008　(914) 592-1515

_____
Honorable Charles L. Brieant, U.S.D.J.